Larimer County Board of Equalization v. 1303 Frontage No. 22SC800
Supreme Court of Colorado
November 14, 2022

 As to
 the following issues:

 Whether
 the District Court erred in concluding, as a matter of law,
 that under C.R.S.§ 39-1-104(11)(b)(I) an assessor must
 take into consideration unusual conditions that occur after
 the assessment date of January 1, 2020, for a revaluation for
 the 2020 tax year.

 Whether
 the District Court erred in concluding, as a matter of law,
 under C.R.S. § 39-1-104(11)(b)(I) property owners are
 not required to demonstrate that the alleged unusual
 conditions caused a diminution in value to their properties
 before triggering the duty of assessor to revalue such
 properties.

 Whether
 the District Court erred in concluding, as a matter of law,
 the executive and public health orders issued by the State
 and County are "regulations of the use of land" and
 therefore an "unusual condition" pursuant to C.R.S.
 39-1-104(11)(b).

 Whether
 the District Court erred in concluding, as a matter of law,
 that a Plaintiff is not required to demonstrate the
 Assessor's value for the subject properties was
 incorrect.

 Whether
 the District Court erred in concluding, as a matter of law,
 that if an unusual condition does exist, the Plaintiff is not
 required to demonstrate that the unusual condition impacts
 the subject properties.

1